## Waverly Water Company, Appellant, *v.* Public Service Commission.

Argued November 22, 1927. Appeal No. 338, October T., 1927, by Waverly Water Company from order of the Public Service Commission of the Commonwealth of Pennsylvania, in re: Application of Clarks Summit Water Company, for a certificate of Public Convenience, approving extension of territory. Application Docket No. 16051—1927. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Reversed.

OPINION BY GAWTHROP, J., March 2, 1928:

This is an appeal by the Waverly Water Company from an order of the Public Service Commission which was considered in an opinion this day filed at No. 336, October T., 1927. For the reasons stated in that opinion, the order of the Commission is reversed and the record remanded to the Commission with directions to reconsider the matter and make such order as shall be reasonable and in conformity with law.